UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**JOHN J. MILLER,**
                  **Petitioner,**

**v.**                                                       **Case No. 15-cv-0166**

**RANDALL HEPP, Warden,**
**Fox Lake Correctional Institution,**
                  **Respondent.**
_____

## ORDER

      Pro se petitioner John Miller has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On April 8, 2015, I denied petitioner's first motion to recruit counsel, concluding that petitioner's claims appear to be straightforward and that petitioner appears capable of litigating himself. On May 15, 2015, I denied petitioner's second motion to recruit counsel for the same reasons, concluding that the posture of the case had not changed. I also extended petitioner's deadline by which to file a brief in support of his petition. Petitioner filed his brief on June 10, respondent filed a brief in opposition on August 26, and petitioner filed his reply brief on September 17. Briefing on the petition is now closed.

      On February 18 and April 15, 2016, petitioner again filed motions requesting counsel, stating that he recently had several family members pass away and that he has been having health problems. However, at this stage in the case, there is nothing more to be done. Briefing on the petition is now closed, and the case is awaiting my decision. Thus, counsel at this stage would not aid petitioner in any meaningful way.

**THEREFORE, IT IS ORDERED** that petitioner's motion to appoint counsel (ECF No. 18) is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion for reconsideration for appointment of counsel (ECF No. 20) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 4th day of June, 2016.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge